# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 28, 2005

128931

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

RICKY A. SAVALLISCH,
       Plaintiff-Appellee,

v

                                   SC: 128931
                                   COA: 260186
                                   WCAC: 04-000063

ROADWAY EXPRESS, INC., and
OLD REPUBLIC INSURANCE
COMPANY,
       Defendants-Appellants.

_____/

      On order of the Chief Justice, a stipulation signed by counsel for the parties agreeing to the withdrawal of the application for leave to appeal is considered, and the application is DISMISSED without prejudice to reinstatement on motion of a party in the event redemption proceedings fail to resolve the case.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 28, 2005

_____
Clerk

t1122